IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Embry, Kenneth A

Printed: 12/28/07

Case Number: 04 B 16500
Judge: Squires, John H
Filed: 4/27/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: December 20, 2007
Confirmed: July 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 14,934.00 |  |
| Secured: |  | 4,187.06 |
| Unsecured: |  | 8,003.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,994.00 |
| Trustee Fee: |  | 749.78 |
| Other Funds: |  | 0.00 |
| Totals: | 14,934.00 | 14,934.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 1,994.00 | 1,994.00 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 4,187.06 | 4,187.06 |
| 3. | Jefferson Capital | Unsecured | 111.08 | 346.18 |
| 4. | Midland Credit Management | Unsecured | 33.18 | 103.41 |
| 5. | Patients 1st ER Med Consult PC | Unsecured | 6.30 | 19.63 |
| 6. | Internal Revenue Service | Unsecured | 2,200.83 | 6,858.60 |
| 7. | Jefferson Capital | Unsecured | 129.15 | 402.47 |
| 8. | Community Hospital | Unsecured | 11.06 | 34.47 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 76.50 | 238.40 |
| 10. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 11. | Illinois Dept Of Employment Sec | Priority |  | No Claim Filed |
|  |  |  | $ 8,749.16 | $ 14,184.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 62.88 |
| 6.5% | 174.88 |
| 3% | 23.58 |
| 5.5% | 192.79 |
| 5% | 38.45 |
| 4.8% | 170.51 |
| 5.4% | 86.69 |
|  | $ 749.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Embry, Kenneth A

Printed: 12/28/07

Case Number: 04 B 16500
Judge: Squires, John H
Filed: 4/27/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

